**Juan M. ARREGUIN, Petitioner,**

v.

**Peter D. KEISLER,* Acting Attorney General, Respondent.**

No. 05–74561.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 16, 2007.**

Filed Oct. 18, 2007.

Meredith N. Landy, Esq., Dhaivat Shah, Esq., O'Melveny & Myers LLP, Menlo Park, CA, for Petitioner.

Juan M. Arreguin, San Jose, CA, pro se.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Linda S. Wendtland, Esq., Edward C. Durant, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: ROTH ***, THOMAS, and CALLAHAN, Circuit Judges.

** The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** The Honorable Jane R. Roth, Senior United States Circuit Judge for the Third Circuit, sitting by designation.

MEMORANDUM AND ORDER ****

Pursuant to the request of the Attorney General, we remand this Petition for Review to the Board of Immigration Appeals for reconsideration in light of this Court's decision in *Chaidez v. Gonzales*, 486 F.3d 1079 (9th Cir.2007).

**REMANDED.**

---

**** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

